UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| N. B.,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br><br>    Defendant. | Case No. 20-cv-01138-LB<br><br>**JUDGMENT**<br><br>Re: ECF No. 22, 25 |

On May 14, 2021, the court granted the plaintiff's motion for summary judgment and denied the defendant's cross-motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of N.B. and against the Commissioner. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 14, 2021

_____

LAUREL BEELER
United States Magistrate Judge